UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10248-RCL |
| ) | |
| CHRISTOPHER ALVITI ) | |

### MOTION TO ALLOW THE DEFENDANT
### TO ATTEND WEDDING

The defendant, Christopher Alviti, respectfully requests that this Court lift the curfew condition for one night, September 10, 2004 in order that he may attend the wedding of a close friend. The wedding is of John Weir to Tammy Lee Tsoutsouris at Spinelli's Illusions Suite on Route 1 in South Lynnfield. The wedding is at 6:00 PM thus the defendant request to be permitted to leave his house between 5:00 PM and 12:30 AM on September 11th.

The government by Assistant United States Attorney David Tobin assents to this motion. Pre Trial Services by Officer Basil Cronin also assents to this motion.

CHRISTOPHER ALVITI

By his attorney,

/s/ Catherine K. Byrne
  B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061