UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,      )
                              )
                              )
        v.                    )    CRIMINAL ACTION
                              )    NO. 04-10248-RCL
CHRISTOPHER ALVITI and         )
RICHARD GOULD,                 )
        Defendants,           )
_____)

INITIAL STATUS REPORT
October 25, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Lindsay, J. to whom this case is assigned:

1. Protective Order

The Government has filed a Protective Order concerning certain disclosures it intends to provide counsel for the Defendants and those counsel have objected to some portions of the proposed protective order.  Therefore, I have requested the Government to file a brief in support of its motion for a protective order by November 10, 2004 and the Defendants shall file a consolidated opposition to that motion by November 24, 2004.

2. Further Status Conference

A further status conference shall be held in this case on December 2, 2004, at 3:00 p.m., in Courtroom 1, Fifth Floor,

Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 23, 2004 (date of expiration of prior order of excludable time) through November 24, 2004 (date by which Defendants shall file their brief in opposition to the Government's motion for a protective order). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, February 10, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE