# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>       v.          ) <br> ) <br> CHRISTOPHER ALVITI and ) <br> RICHARD GOULD, ) <br>       Defendants, ) | CRIMINAL ACTION <br> NO. 04-10248-RCL |

## ORDER OF EXCLUDABLE TIME
### October 25, 2004

**SWARTWOOD, M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 23, 2004 (date of expiration of prior order of excludable time) through November 24, 2004 (date by which Defendants shall file their brief in opposition to the Government's motion for a protective order) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE