UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10248-RCL |
| | ) | |
| CHRISTOPHER ALVITI | ) | |

<u>TO MOTION TO AMEND CONDITIONS OF RELEASE</u>

The defendant, Christopher Alviti, respectfully requests that this Court lift the curfew condition of his pretrial release. As reason therefore, Mr. Alviti is residing with his Uncle Paul Alviti in Peabody Massachusetts. Paul Alviti and his wife Reena recently had a baby. The numerous automated late night telephone calls required by the curfew are heard throughout the house and are disturbing to the rest of Mr. Alviti's family.

Mr. Alviti has been on release since July 2, 2004, has complied with the conditions of release and there have not been any violations of curfew.

Pretrial Services, per Pretrial Services Officer Basil Cronin, assents to allowance of this motion.

CHRISTOPHER ALVITI
By his attorney,

/s/ Catherine K. Byrne

B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061