UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>CHRISTOPHER ALVITI, )<br>Defendant ) | CRM No.: 04-10248-RCL |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter my appearance as attorney for the Defendant, Christopher Alviti, in the above-captioned indictment.

                                                    Respectfully submitted,<br>
                                                    **CHRISTOPHER ALVITI**<br>
                                                    By his Attorney;

Dated: November 23, 2004

                                                    John H. LaChance, Esq.<br>
                                                    BBO# 282500<br>
                                                    600 Worcester Road<br>
                                                    Suite 501<br>
                                                     Framingham, MA 01702<br>
                                                     Tel: (508) 879-5730<br>
                                                     Fax: (508) 879-2288

## CERTIFICATE OF SERVICE

I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by mailing a copy of the same, first class, postage pre-paid to Assistant United States Attorney David Tobin located at the Office of the United States Attorney, One Court House Way, Boston, MA 02110 and to Attorney Catherine Byrne located at the Federal Defender's Office, 408 Atlantic Avenue, Suite 328, Boston, MA 02210 on this 23 day of November, 2004.

John H. LaChance, Esq.