```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 04-10248-RCL
                              )
CHRISTOPHER ALVITI            )
```

## MOTION TO WITHDRAW

Undersigned counsel moves to withdraw in the above-captioned case. As reason therefor, defendant has retained Attorney John H. LaChance to represent him.

```
                         /s/ Catherine K. Byrne

                            B.B.O. #543838
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```