# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA,     ) <br>                                ) <br>                                ) <br>            v.                  ) <br>                                ) <br> CHRISTOPHER ALVITI and         ) <br> RICHARD GOULD,                 ) <br>           Defendants,          ) <br> _____) | **CRIMINAL ACTION** <br> **NO. 04-10248-RCL** |

## STATUS REPORT
### December 3, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. <u>Discovery</u>

A contested issue concerning discovery has now been resolved and counsel for the Defendants will receive the Government's completed discovery by the end of this week. However, Mr. Alviti has retained successor counsel within the last week and that counsel together with Mr. Gould's counsel have requested an extended period to review with their clients the extensive discovery produced by the Government in this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on

January 27, 2005, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    3.    Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 24, 2004 (date of expiration of prior order of excludable time) through January 27, 2005 (date by which Defendants' review of discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, April 7, 2005.

    /s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE