# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) CRIMINAL ACTION<br>) NO. 04-10248-RCL |
| CHRISTOPHER ALVITI and<br>RICHARD GOULD,<br>    Defendants, | )<br>)<br>)<br>) |

## ORDER OF EXCLUDABLE TIME
### January 27, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 27, 2005 (date of expiration of prior order of excludable time) through February 18, 2005 (date by which discovery shall be completed) shall be excluded from the Speedy Trial Act.

    /s/Charles B. Swartwood, III
    CHARLES B. SWARTWOOD, III
    MAGISTRATE JUDGE