# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10248-RCL
CHRISTOPHER ALVITI and         )
RICHARD GOULD,                 )
          Defendants,          )
_____)
```

## STATUS REPORT
### February 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for both Defendants have requested additional time to complete their review of discovery produced by the Government. This request, in part, is made because of counsels' trial schedule in other criminal matters. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 9, 2005, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 18, 2005 (date of expiration of prior order of excludable time) through March 9, 2005 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, May 18, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
CHIEF MAGISTRATE JUDGE