UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                            )<br>)<br>)<br>)<br>CHRISTOPHER ALVITI,              )<br>    Defendant                           ) | CR No.: 04 CR 10248 RCL |

## CERTIFICATION OF TITLE III ACCESS

I hereby certify that I have read the terms of the protective order in this case and agree to abide by it. I have been provided access to Title III materials solely for the purpose of assisting Attorney John LaChance in defending Christopher Alviti.

_____        Dated: 2/24/05
Jennifer Pulaski