UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
        v.                           )    **CRIMINAL ACTION**
                                     )    **NO. 04-10248-RCL**
CHRISTOPHER ALVITI and               )
RICHARD GOULD,                       )
        Defendants,                  )
_____  )

**STATUS REPORT**
**March 11, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for Mr. Alviti has requested that this case, as to his client, be returned to Judge Lindsay for a Rule 11 hearing. I have granted that request.

2. Discovery

Counsel for the Government and Mr. Gould are attempting to resolve a discovery dispute and I have continued this case as to Mr. Gould for a further status conference with the expectation that the discovery dispute will be resolved. During the period until the next status conference, counsel for the parties shall confer and if they are unable to resolve the discovery dispute, Mr.

Gould's counsel shall file a discovery letter and the Government shall respond to that letter prior to the next status conference.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on April 11, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 9, 2005 (date of expiration of prior order of excludable time) through April 11, 2005 (date by which counsel for the Government and Mr. Gould will have conferred in an attempt to resolve a discovery dispute). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, June 20, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE
</pre>