UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that his change of plea hearing be continued from Monday, May 9, 2005 to Monday, May 23, 2005.

In support of this motion, Counsel for Defendant states the following:

1.     Counsel is currently on trial before Judge Young of the United States District Court, United States v. Mendes. Trial is expected to last at least two (2) weeks.

2.     Counsel has not received notification of the government's plea agreement; and

3.     Counsel, in preparing for the Mendes trial, has not had adequate time to speak with and advise Defendant regarding his change of plea.

THEREFORE, Defendant, seeks to continue his hearing date for the foregoing reasons from Monday, May 9, 2005 to Monday, May 23, 2005.

The additional twelve (12) days requested here should not affect the court's scheduling in this case.

Respectfully submitted;
**CHRISTOPHER ALVITI**
By his Attorney;


Dated: May 4, 2005                    /s/ John H. LaChance
                                      John H. LaChance, Esq.
                                      BBO# 282500
                                      600 Worcester Road
                                      Suite 501
                                      Framingham, MA 01702
                                      Tel:  (508) 879-5730
                                      Fax: (508) 879-2288