UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that his change of plea hearing be continued from Monday, October 3, 2005 to a date in November of 2005.

In support of this motion, Counsel for Defendant states the following:

1. The defendant is arranging a psychological evaluation concerning a gambling addiction which is related to him committing the offense.

2. Additional time is needed to obtain and present the report of his evaluation to the Court for its consideration at sentencing.

THEREFORE, Defendant, for the foregoing reasons, seeks to continue his sentencing date from Monday, October 3, 2005 to a date in November of 2005.

                                                                                                    Respectfully submitted;
**CHRISTOPHER ALVITI**
By his Attorney;

Dated: August 25, 2005                        /s/ John H. LaChance
                                                                                   John H. LaChance, Esquire
                                                                                    BBO# 282500
                                                                                    600 Worcester Road
                                                                                    Suite 501
                                                                                    Framingham, MA 01702
                                                                                    Tel:  (508) 879-5730
                                                                                    Fax: (508) 879-2288