UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
|     Defendant | ) | |

### DEFENDANT'S MOTION TO CHANGE CONDITIONS OF HOUSE ARREST FOR THE THANKSGIVING HOLIDAY

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that he be permitted to spend the Thanksgiving Holiday with his mother, Janice King. The defendant would be under the supervision of his mother as follows:

1. On Wednesday, November 23, 2005 from 12:00 p.m. defendant would be at arriving at his mother's home of 96 Margin Street, Salem, Massachusetts.

2. On Thursday, November 24, 2005 defendant would be arriving and staying with his family at the Salem Waterfront Hotel, Salem, Massachusetts.

3. On Friday, November 25, 2005 defendant would be checking out of the hotel and staying at his mother's home until his departure home at 8:00 p.m.

IN SUPPORT OF THIS MOTION the Defendant states the following:

1. Defendant and his mother desire some time together before his sentencing and the Thanksgiving Holiday is a perfect opportunity for them to do so.

2.  Defendant has been fully compliant with his pre plea terms of release and his post plea house arrest conditions.

Defendant requests that the house arrest conditions which he is in compliance with currently be applied with the exception of an activation bracelet.

|  |  |
|---|---|
|  | Respectfully submitted;<br>**CHRISTOPHER ALVITI**<br>By his Attorney; |
| Dated: November 16, 2005 | /s/ John H. LaChance<br>John H. LaChance, Esquire<br>BBO# 282500<br>600 Worcester Road<br>Suite 501<br>Framingham, MA 01702<br>Tel: (508) 879-5730 |