UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
| Defendant | ) | |

### DEFENDANT'S ASSENTED TO EMERGENCY MOTION TO CHANGE CONDITIONS OF HOUSE ARREST FOR THE CHRISTMAS AND NEW YEARS HOLIDAYS

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that he be permitted to spend the Christmas and New Years Holiday with his family.

The defendant seeks to be permitted to leave his home on Saturday, December 24, 2005 at 12:00 p.m. through Sunday, January 1, 2006 returning to his home by 5:00 p.m.

The defendant will be under the supervision of his mother, Janice King, at all times. The defendant will be residing at his mother's residence of 96 Margin Street, Salem, Massachusetts. Defendant and his mother will be visiting relatives in the immediate area. Defendant states that if this Court finds it necessary to be advised of each address where defendant will be visiting, defendant will obtain and submit the addresses as requested.

IN SUPPORT OF THIS MOTION, defendant states the following:

1. Defendant and his family desire some time together before his sentencing and the Christmas and New Years Holidays are the perfect time to do so.

2. Defendant was permitted by this Court to spend the Thanksgiving Holiday with his family and did so without incident.

- 1 -

3.      Defendant has fully complied with his pre plea terms of release and his post plea house arrest conditions.

4.      Assistant United States Attorney David Tobin assents to this motion.

Defendant requests that the house arrest conditions which he is in compliance with currently be applied with the exception of an activation bracelet.

Respectfully submitted,
**CHRISTOPHER ALVITI**
By his Attorney;

Dated: December 20, 2005

/s/ John H. LaChance_____
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730
