UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
|     Defendant | ) | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF HOUSE ARREST

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that he be permitted to spend three (3) weeks residing his mother, Janice King with the same conditions imposed.

The defendant seeks to be permitted to leave his home on Tuesday, January 24, 2006 at 12:00 p.m. through Monday, February 13, 2006 returning to his home by 5:00 p.m.

The defendant will be under the supervision of his mother, Janice King. The defendant would be residing at his mother's residence of 96 Margin Street, Salem, Massachusetts.

IN SUPPORT OF THIS MOTION, defendant states the following:

1. Defendant's uncle and aunt with whom he resides just had a newborn child and require extra room and personal time for and with their newborn for a few weeks.

2. Defendant has been permitted by this Court to spend several holidays with his mother and has done so without incident.

3. Defendant has fully complied with his pre plea terms of release and his post plea, house arrest conditions.

    Defendant requests that the house arrest conditions which he is in compliance with currently be applied to his mother's home for a time period of three (3) weeks.

                                      Respectfully submitted,
                                      **CHRISTOPHER ALVITI**
                                      By his Attorney;

Dated: January 9, 2006                             /s/ John H. LaChance
                                                            John H. LaChance, Esquire
                                                              BBO# 282500
                                                              600 Worcester Road
                                                              Suite 501
                                                              Framingham, MA 01702
                                                              Tel: (508) 879-5730