UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
|     Defendant | ) | |

## MOTION TO MODIFY CONDITIONS OF HOUSE ARREST

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that he be permitted to leave his home to be able to have meeting with his counsel.

The defendant seeks to be permitted to leave his home on Friday, March 10, 2006 at 12:00 p.m. returning to his home by 6:00 p.m.

The defendant would be under the supervision of his mother, Janice King and Counsel. Defendant would be arriving at Counsel's office at or about 2:00 p.m. on Friday, March 10, 2006.

IN SUPPORT OF THIS MOTION, Counsel states as follows:

1. Counsel needs to meet with Mr. Alviti and his family to discuss defendant's options relative to the above-captioned matter.

2. Defendant has been permitted to leave his home previously by this Court and has done so without incident.

3. Defendant has fully complied with his pre plea terms of release and his post plea house arrest conditions.

                                                              Respectfully submitted,
                                                              **CHRISTOPHER ALVITI**
                                                              By his Attorney;

Dated: February 14, 2005                                 /s/ John H. LaChance
                                                               John H. LaChance, Esquire
                                                               BBO# 282500
                                                               600 Worcester Road
                                                               Suite 501
                                                               Framingham, MA 01702
                                                               Tel: (508) 879-5730