UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
| Defendant | ) | |

### DEFENDANT'S EMERGENCY MOTION TO CHANGE CONDITIONS OF HOUSE ARREST FOR THE EASTER HOLIDAY

NOW COMES, Christopher Alviti, the Defendant in the above-captioned indictment and moves that he be permitted to spend the Easter Holiday with his family.

The defendant seeks to be permitted to leave his home on Sunday, April 16, 2006 at 11:00 a.m. returning to his home by 6:00 p.m. the same day.

The defendant will be under the supervision of his mother, Janice King, at all times. The defendant will be visiting with his family at his uncle, Phillip Alviti's home located at 127 Goodale Street; Peabody, Massachusetts.

IN SUPPORT OF THIS MOTION, defendant states the following:

1. Defendant and his family desire some time together before his sentencing scheduled for May 23, 2006 and the Easter Holiday is the perfect time to do so.

2. Defendant was permitted by this Court to spend the Thanksgiving, Christmas and New Years Holiday with his family and did so without incident.

3. Defendant has fully complied with his pre plea terms of release and his post plea house arrest conditions.

Defendant requests that the house arrest conditions which he is in compliance with currently be applied with the exception of an activation bracelet.

**CERTIFICATE OF CONSULTATION**

I, John H. LaChance, Esq., do hereby certify that I have consulted with the United States Attorney's Office concerning the substance of this motion and have been informed that they take no position on the motion.

Signed Under The Pains And Penalties Of Perjury This 12th Day Of April, 2006.

/s/ John H. LaChance, Esquire
John H. LaChance, Esquire

Respectfully submitted,
**CHRISTOPHER ALVITI**
By his Attorney;

Dated: April 12, 2006

/s/ John H. LaChance
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730

**CERTIFICATE OF SERVICE**

I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by electronically filing the same with the CM / ECF system to Assistant United States Attorney, David Tobin located at the Office of the United States Attorney's Office, United States District Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 on this 12th day of April, 2006.

/s/ John H. LaChance
John H. LaChance, Esquire