**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10248-RCL |
| | ) | |
| **CHRISTOPHER ALVITI** | ) | |

### GOVERNMENT'S POSITION ON DEFENDANT'S MOTION FOR MODIFICATION ON CONDITIONS OF RELEASE

Now comes the United States of America, by Michael J. Sullivan and Assistant U.S. Attorney David G. Tobin, and hereby notifies this Honorable Court that the United States does not oppose the defendant's Motion to modify his conditions of release to allow him to spend the Easter holiday with family.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/: David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 13, 2006.

*/s/: David G. Tobin*
DAVID G. TOBIN