```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
          v.                  )   CRIMINAL NO. 04-10248
CHRISTOPHER ALVITI and        )
RICHARD GOULD                 )
                              )
```

GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCINGS

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to continue the sentencing of Richard Gould ("Gould") from May 15, 2006 to a date after May 26, 2006; and to continue the sentencing of Christopher Alviti ("Alviti") from May 23, 2006 to a date after Gould's sentencing.

In support of this motion, the government avers the following: 1) On April 26, 2006, the Court rescheduled Gould's sentencing for May 15, 2006, at 9:00 a.m.; 2) On May 15, 2006, the undersigned attorney for the government will be on trial in front of Judge Zobel in the matter of United States v. Carlos Espinola, et al., a matter which is expected not be completed until May 26, 2006; 3) co-defendant Alviti pleaded guilty pursuant to a plea agreement and is expected to be a government witness at Gould's sentencing; 4) Alviti's counsel, John LaChance, is unavailable on May 15, 2006, as he begins a state murder trial that day, which is expected to last two and a half weeks; and 5) Alviti is scheduled to be sentenced on May 23,

2006.

The government respectfully asks this Honorable Court to reschedule Gould's sentencing for a date after May 26, 2006. During a telephone call on May 2, 2006, Attorney Scott P. Lopez, Gould's counsel, assented to the government's request to move Gould's sentencing to a date after May 26, 2006.  The government submits that Alviti's sentencing should be moved to a date two weeks after Gould's sentencing.  This will allow the government to consider Alviti's cooperation and make an appropriate recommendation to the Court on Alviti's sentence.  A later date for Alviti's sentencing also will allow the Court to evaluate Alvit's cooperation at Gould's sentencing.  During a call with Alviti's counsel's office, the undersigned was informed that the defense assented to a continuation of Alviti's sentencing.

## Conclusion

For the reasons stated above, the United States respectfully moves this Honorable Court to allow the government's motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By: /s/ David G. Tobin
                                  DAVID G. TOBIN
                                  MICHAEL J. PELGRO
                                  Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2006.

/s/: *David G. Tobin*

DAVID G. TOBIN