UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10248-RCL |
| | ) |
| CHRISTOPHER ALVITI | ) |
| | ) |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to continue the sentencing of Christopher Alviti from August 2, 2006 to August 24, 2006.

As grounds for support of this motion, the government avers the following: 1) Christopher Alviti is scheduled to be sentenced on August 2, 2006; 2) Christopher Alviti is currently under home confinement; 3) the undersigned attorney for the government, who represents the United States in this matter, is scheduled to be out of the country the week of July 31, 2006; and 4) the defendant's counsel is available on the proposed date.

**Conclusion**

For the reasons stated above, the United States respectfully moves this Honorable Court to allow the government's motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ David G. Tobin
                         DAVID G. TOBIN
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David G. Tobin
DAVID G. TOBIN
Assistant United States Attorney

Date: July 26, 2006

Case 1:04-cr-10248-RCL    Document 72    Filed 07/26/2006    Page 3 of 3