UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
|     *Defendant* | ) | |

## MOTION TO CONTINUE SENTENCING

NOW COMES, Christopher Alviti, the Defendant in the above-captioned matter and moves to continue her sentencing hearing from Thursday, August 24, 2006 to another date convenient to this Court.

In support of this motion, counsel for the defendant states as follows:

1. Defendant is scheduled for a follow up appointment with his doctor on October 2, 2006 I regards to his recent chest surgery. (See, attached doctor's note).

Counsel had contacted the Assistant United States Attorney for his assent for this continuance to no avail.

1

        Respectfully submitted,
**CHRISTOPHER ALVITI**
By his Attorney;

Dated: August 16, 2006        /s/ John LaChance
        John H. LaChance, Esquire
        BBO# 282500
        600 Worcester Road
        Suite 501
        Framingham, MA 01702
        Tel:  (508) 879-5730
        Fax: (508) 879-2288

**CERTIFICATE OF SERVICE**

    I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by means of the CMECF System upon Assistant United States Attorney David Tobin located at the Office of the District Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110 on this 16th day of August, 2006.

        s/s John LaChance
        John LaChance, Esquire