Certified by:
American Board of Plastic Surgery

**RICHARD A. PEINERT, M.D., F.A.C.S.**
Plastic, Reconstructive, Hand
and Cosmetic Surgery

Lynnfield Medical Building
Post Office Square
Lynnfield, Ma. 01940
781-593-2800



CLINICAL INSTRUCTOR
HARVARD MEDICAL SCHOOL

August 7, 2006

To Whom It May Concern,

    This is to inform you that Christopher Alviti has a follow-up appointmnet with me on Monday, October 2, 2006 at 2:00 p.m. in my Lynnfield Office.

Very truly yours,

Richard A. Peinert, M.D.