

# Informant Profile

+ Back To Search

| | |
|---|---|
| First Name: | kris , chris |
| Last Name: | king |
| Also Known As (Aka): | Christopher Alviti |
| Gender: | Male |
| Age: | 24 |
| Country: | USA |
| State/Province: | Massachusetts |
| Town/City: | peabody |
| Race: | white |
| Occupation: | drug dealer |

Illegal drug use by this informant:

oxycontin,coke

Agency this informant works for:

Agencies:    DEA

Facts that would question this informant's credibility:

gets caught and rats on other people to save his ass

Still involved in any illegal activity :

Documents regarding any promises, payments or inducements made to this informant by the government or police

Document1
Document2
Document3

My Contact Info

| | |
|---|---|
| First Name: | Danny |
| Last Name: | Chambers |
| Email Address: | lexdancham@yahoo.com |
| My Attorneys Name: | |
| My Attorneys Address: | |