UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
| Defendant | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

NOW COMES, Christopher Alviti, the defendant in the above-captioned matter, by and through counsel, hereby requests that this Honorable Court continue defendant's sentencing hearing currently scheduled for Monday, October 16, 2006 to either Tuesday, November 14, 2006; Friday, November 17, 2006; and / or another date convenient to this Court.

AS GROUNDS THEREFORE, Counsel states as follows:

1.      Counsel is currently trying a first degree murder trial in the Middlesex Superior Court, Commonwealth v. James O'Neill, which is expected to last well into the week of October 16, 2006.

2.      Counsel has contacted Assistant United States Attorney David Tobin with respect to this request for continuance and as received the government's assent.

WHEREFORE, Counsel requests that Mr. Alviti's sentencing hearing be continued from Monday, October 16, 2006 to either Tuesday, November 14, 2006; Friday, November 17, 2006; and / or another date convenient to this Court.

Respectfully submitted,
**CHRISTOPHER ALVITI**
By his Attorney;

Dated: October 4, 2006

/s/ John H. LaChance
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel:  (508) 879-5730
Fax: (508) 879-2288

### CERTIFICATE OF SERVICE

I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by means of the CM/ECF System upon Assistant United States Attorney David Tobin located at the Office of the United States Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110 on this 4th day of October, 2006.

/s/ John H. LaChance
John H. LaChance, Esquire