UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10248-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALVITI, | ) | |
|     Defendant | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES, Christopher Alviti, the defendant in the above-captioned matter, by and through counsel, hereby requests that this Honorable Court continue defendant's sentencing hearing which was scheduled for Tuesday, January 16, 2007 to Thursday, February 1, 2007; Friday, February 2, 2007; Monday, February 5, 2007; and / or another date convenient to this Court.

AS GROUNDS THEREFORE, Counsel states as follows:

1. Counsel has fallen ill with pneumonia and was not able to attend the hearing scheduled for Tuesday, January 16, 2007.

2. Counsel has contacted Assistant United States Attorney David Tobin with respect to this request for continuance.

WHEREFORE, Counsel requests that Mr. Alviti's sentencing hearing be continued from Tuesday, January 16, 2007 to Thursday, February 1, 2007; Friday, February 2, 2007; Monday, February 5, 2007; and / or another date convenient to this Court.

        Respectfully submitted,
        **CHRISTOPHER ALVITI**
        By his Attorney;

Dated: January 17, 2007        /s/ John H. LaChance
        John H. LaChance, Esquire
        BBO# 282500
        600 Worcester Road
        Suite 501
        Framingham, MA 01702
        Tel: (508) 879-5730
        Fax: (508) 879-2288

## **CERTIFICATE OF SERVICE**

    I, John H. LaChance, Esq., do hereby certify that I have served a copy of the foregoing upon the government by means of the CM/ECF System upon Assistant United States Attorney David Tobin located at the Office of the United States Attorney, One Courthouse Way, Suite 9200, Boston, MA 02110 on this 17th day of January, 2007.

        /s/ John H. LaChance
        John H. LaChance, Esquire