UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10248-RCL |
| ) | |
| CHRISTOPHER ALVITI ) | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to change the date of sentencing in this case from February 15, 2007 to a date after February 19, 2007. As grounds for this motion, the United States avers the following: The defendant was scheduled to be sentenced on January 16, 2007. On the morning of January 16, 2007, counsel for the defendant notified that the Court that he was ill and unable to be present at the sentencing. As a result of the defense counsel's illness, the Court postponed the sentencing. On January 18, 2007, the Court rescheduled the sentencing to February 15, 2007. The undersigned attorney for the United States will be fulfilling his Army Reserve Annual Training obligation from Sunday, February 4, 2007 through Saturday, February 17, 2007 at the Walter Reed Army Medical Center in Washington, D.C. As a result, the undersigned attorney for the United states will be unavailable to be present at the sentencing on February 16, 2007

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ David G. Tobin
                         DAVID G. TOBIN
                         Assistant U.S. Attorney
```

Case 1:04-cr-10248-RCL    Document 84    Filed 01/18/2007    Page 3 of 3