# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PRETRIAL SERVICES

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

August 24, 2006

Honorable Reginald C. Lindsay, U.S. District Judge
United States District Court
One Courthouse Way
Boston, MA 022210

        **RE: ALVITI, Christopher**
        **CR#04-10248-RCL**
        <u>**Release Status Letter**</u>

Dear Judge Lindsay:

The above named defendant is scheduled for a Sentencing Hearing before Your Honor this afternoon. This letter is being prepared to advise you of the defendant's compliance throughout his period of pretrial release. The defendant appeared before Chief Magistrate Judge Charles B. Swartwood on July 2, 2004, for his Detention Hearing. Magistrate Judge Swartwood ordered the defendant released on a $25,000 unsecured bond and the following conditions of release:

1. Report to Pretrial Services as directed.
2. Maintain residence.
3. Travel restricted to New England.
4. Do not obtain a passport.
5. Do not illegal drugs and no excessive use of alcohol.
6. Do not possess any firearms or dangerous weapons.
7. Notify Pretrial Services of any arrest within 24 hours.
8. Maintain/seek employment.
9. No contact with co-defendants without counsel present.
10. Curfew from 1900-0600.

On November 29, 2004, Magistrate Judge Swartwood allowed the defendant's motion to remove his curfew condition. When the defendant appeared before Your Honor on June 1, 2005, his conditions were amended to include home detention with electronic monitoring.

Honorable Reginald C. Lindsay,
U.S. District Judge                                  - 2 -                                    June 1, 2005


The defendant failed to appear for a drug test on August 8, 2006. Further, the defendant violated the terms of his electronic monitoring on August 23, 2006 when he left 12:03 p.m. and did not return until 10:16 p.m.

A record check reveals no new arrests nor any outstanding warrants.

This letter is being provided for informational purposes only.


                                                                Sincerely,

                                                                Basil F. Cronin, Supervising
                                                                U.S. Pretrial Services Officer




David Tobin,   AUSA
John LaChance,   Counsel for the defendant.