```
 1              STATEMENT OF REASONS(FROM TRANSCRIPT)
 2                      *   *   *   *   *   *   *   *
 3              THE COURT:  Mr. Alviti, will you stand?
 4              This sentence I impose on you today is a sentence
 5      that will reflect the seriousness of trafficking in oxycontin.
 6      Mr. Tobin is right, this has become a very substantial problem
 7      and the world needs to know that the courts will treat this as
 8      a problem of substance -- I guess I shouldn't use that word --
 9      a substantial problem, a serious problem.
10              What I intend to do in this sentence is to take
11      account of the fact that you did cooperate to some extent in
12      bringing to justice Mr. Gould.  This whole adventure of not
13      testifying and then changing your mind complicates matters, but
14      I recognize that you did offer help to the government in that
15      prosecution.
16              On the other hand, I also take into account that
17      failure to abide the restrictions that were placed on you when
18      you were at liberty, the fact that you removed the bracelet or
19      left your restriction and used at least two drugs, maybe three
20      on the day that you were supposed to be sentenced before.  I
21      had intended to increase any punishment to account for that
22      violation of the terms of your pretrial release.  Instead, what
23      I've decide to do is to balance that transgression against your
24      cooperation and fashion a sentence where one of those
25      counteracts the others or balances off the other.
```

PDF created with pdfFactory trial version www.pdffactory.com